

# COURT OF APPEALS

CATHERINE STONE
  CHIEF JUSTICE
KAREN ANGELINI
SANDEE BRYAN
MARION
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

March 18, 2014

Omar Escobar
District Attorney
Starr County Courthouse
401 N. Britton Ave.  Suite 417
Rio Grande City, TX 78582
* DELIVERED VIA E-MAIL *

Eloy R. Garcia
District Clerk - Starr County
Starr County Courthouse, Room 302
401 North Britton Avenue
Rio Grande City, TX 78582
* DELIVERED VIA E-MAIL *

Jesus Maria Alvarez
Attorney at Law
501 N. Britton Avenue
Rio Grande City, TX 78582
* DELIVERED VIA E-MAIL *

Julian G. Alderette
Official Court Reporter - 381st
District Court
401 N. Britton Avenue, Room 401
Rio Grande City, TX 78582
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Numbers:   04-14-00136-CR, 04-14-00137-CR, 04-14-00138-CR, & 04-14-00139-CR
       Trial Court Case Numbers:   12-CR-611, 12-CR-615, 12-CR-613, & 12-CR-609
       Style:  Billy Edward Gonzalez
               v.
       The State of Texas

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered causes.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Jonathan Quintero
Deputy Clerk, Ext. 53220



# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2014

Nos. 04-14-00136-CR, 04-14-00137-CR, 04-14-00138-CR, & 04-14-00139-CR

Billy Edward **GONZALEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court Nos. 12-CR-611, 12-CR-615-CR, 12-CR-613, & 12-CR-609
Honorable Jose Luis Garza, Judge Presiding

### O R D E R

The trial court imposed the sentences in Appeal Nos. 04-14-00136-CR, 04-14-00138-CR, and 04-14-00139-CR on October 30, 2013, and signed the order being appealed in Appeal No. 04-14-00137-CR on October 31, 2013. Appellant did not file a motion for new trial. Because appellant did not file a timely motion for new trial, the deadline for filing the notice of appeal was November 29, 2014, for Appeal Nos. 04-14-00136-CR, 04-14-00138-CR, and 04-14-00139-CR, and December 2, 2014, for Appeal No. 04-14-00137-CR. TEX. R. APP. P. 26.2(a)(1). A notice of appeal was not filed until February 25, 2014, and the record shows it was not mailed until February 18, 2104, and appellant did not file a motion for extension of time to file the notice of appeal. *See* TEX. R. APP. P. 26.3.

We therefore **order** appellant to file a written response on or before **April 17, 2014** showing cause why these appeals should not be dismissed for want of jurisdiction. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) (holding that timely notice of appeal is necessary to invoke court of appeals' jurisdiction). If appellant fails to satisfactorily respond within the time provided, the appeals will be dismissed. If a supplemental clerk's record is required to show jurisdiction, appellant must ask the trial court clerk to prepare one and must notify the clerk of this court that such a request was made.

We **order** all deadlines in this matter suspended until further order of the court. We further order the clerk of this court to serve a copy of this order on all counsel and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court

*MINUTES*

Court of Appeals
Fourth Court of Appeals District
San Antonio, Texas

March 18, 2014

Nos. 04-14-00136-CR, 04-14-00137-CR, 04-14-00138-CR, & 04-14-00139-CR

Billy Edward **GONZALEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court Nos. 12-CR-611, 12-CR-615-CR, 12-CR-613, & 12-CR-609
Honorable Jose Luis Garza, Judge Presiding

# O R D E R

The trial court imposed the sentences in Appeal Nos. 04-14-00136-CR, 04-14-00138-CR, and 04-14-00139-CR on October 30, 2013, and signed the order being appealed in Appeal No. 04-14-00137-CR on October 31, 2013. Appellant did not file a motion for new trial. Because appellant did not file a timely motion for new trial, the deadline for filing the notice of appeal was November 29, 2014, for Appeal Nos. 04-14-00136-CR, 04-14-00138-CR, and 04-14-00139-CR, and December 2, 2014, for Appeal No. 04-14-00137-CR. TEX. R. APP. P. 26.2(a)(1). A notice of appeal was not filed until February 25, 2014, and the record shows it was not mailed until February 18, 2104, and appellant did not file a motion for extension of time to file the notice of appeal. *See* TEX. R. APP. P. 26.3.

We therefore **order** appellant to file a written response on or before **April 17, 2014** showing cause why these appeals should not be dismissed for want of jurisdiction. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) (holding that timely notice of appeal is necessary to invoke court of appeals' jurisdiction). If appellant fails to satisfactorily respond within the time provided, the appeals will be dismissed. If a supplemental clerk's record is required to show jurisdiction, appellant must ask the trial court clerk to prepare one and must notify the clerk of this court that such a request was made.

We **order** all deadlines in this matter suspended until further order of the court. We further order the clerk of this court to serve a copy of this order on all counsel and the court reporter.

/s/ Marialyn Barnard
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2014.

/s/ Keith E. Hottle
Keith E. Hottle
Clerk of Court

ENTERED THIS 18TH DAY OF MARCH, 2014.